| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | 21 MC 102 Short Form "Check Off" Complaints Naming Tully Construction Co., Inc. and Tully Industries |
|  | Plaintiffs Exhibit 1 |
| No. | Plaintiff | IndexNumber | Date Work Began at Deutsche Bank Building | Date Work Ended at Deutsche Bank Building | Employer | Position | MC102 Check-Off Filed | All Work Locations |
| 1 | Byron Acosta | 07CV1552 | 9/14/2001 | 11/15/2001 | LVI Environmental Services, Inc. | Handler | 5/31/2007 | 130 liberty St & 140 West St, Deutsche Bank Building, and Verizon Building |
| 2 | Luis Adriano | 07cv4445 | 10/15/2002 | 2/2/2003 | ETS Contracting, Inc., and PAL Environmental Safety | Asbestos Handler | 6/5/2007 | 1 World Financial Center, 3 World Financial Center, Deutsche Bank Building, One Liberty Plaza, and Post Office |
| 3 | Gladys Agudelo | 07cv4446 | 6/11/2002 | 6/18/2002 | Comprehensive Environmental, Pinnacle Environmental Corp., Safeway Environmental Corp., Trade Winds Environmental Rest., and Trio Asbestos | Asbestos Cleaner and Handler | 6/5/2007 | 1 Broadway, 1 Federal Plaza, 100 Church Street, 140 West St, 75 Park Pl, 70 Pine St, 2 WFC, etc, 2 World Financial Center, 4 World Financial Center, 70 Pine Street, 75 Park Place, Deutsche Bank Building, High School of Economics and Finance, and Verizon Building |
| 4 | Raul Alcivar | 05cv9821 | 9/14/2001 | 12/1/2002 | PAL Environmental Safety | Handler | 5/24/2007 | 1 Financial Plaza, etc., 150 Broadway, Deutsche Bank Building, One Liberty Plaza, and Post Office |
| 5 | Enrique Ali | 07cv1554 | 9/11/2001 | 7/20/2002 | PAL Environmental Safety | Supervisor | 5/24/2007 | 1 World Financial Center, Deutsche Bank Building, and One Liberty Plaza |
| 6 | Maria E. Alvarez and Carlos Chavarriage | 05cv10135 | 9/14/2001 | 8/4/2002 | Kiss Construction, Inc., and PAL Environmental Safety | Handler | 5/24/2007 | 90 Church Street, 130 Liberty, 100 Trinity, etc., 90 TRINITY PLACE, Deutsche Bank Building, High School of Economics and Finance, Post Office, and Stuyvesant High School |
| 7 | Jose Alvarracin | 07cv01556 | 9/15/2001 | 10/31/2003 | PAL Environmental Safety, and Pinnacle Environmental Corp. | Asbestos Handler | 5/24/2007 | 102 North End Avenue, 140 West Street, 130 Liberty St, 90 Church Street, 2 World Financial Center, 222 Broadway, 4 World Financial Center, Deutsche Bank Building, Post Office, Stuyvesant High School, and Verizon Building |
| 8 | Betsy Arruda | 06cv13787 | 10/14/2002 | 11/18/2002 | Affiliated Environmental Services, Comprehensive Environmental, LVI Environmental Services, Inc., P.G. Industrial Contracting, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., Seasons Industrial Contracting, Specialty Service Contracting, Inc., Trade Winds Environmental Rest., and Trio Asbestos | Asbestos Handler | 5/24/2007 | 1 Broadway, 1 Wall Street, 1 World Financial Center, 101 Barclay Street, 125 Cedar Street, 160 Water Street, 1-9 RECTOR STREET, 2 World Financial Center, 315 Hudson, 345 Chambers St., Verizon Bldg., 101 Barclay St., Deutsche Bank Building, High School of Economics and Finance, Independence Plaza, Post Office, Stuyvesant High School, Verizon Building, and West Street Building |
| 9 | Ivan Ascencio | 07cv1460 | 6/10/2002 | 12/16/2002 | Abatement INTL, ETS Contracting, Inc., LVI Environmental Services, Inc., PAL Environmental Safety, Safeway Construction Inc., and Trio Asbestos | Laborer - Asbestos | 5/24/2007 | 1 World Financial Center, 130 Liberty St, Deutsch Bank, Deutsche Bank Building, and High School of Economics and Finance |
| 10 | Marcelo Atiencia | 07CV1562 | 6/18/2002 | 6/18/2002 | LVI Environmental Services, Inc. | Handler | 5/24/2007 | 1 World Financial Center, 140 West St, 345 Chambers, 130 Liberty St, 1 WFC, etc, 2 World Financial Center, 4 World Financial Center, Deutsche Bank Building, PS. 234 Independence School, Stuyvesant High School, Verizon Building, and West Street Building |
| 11 | Peter B Bailon | 07CV05336 | 10/10/2001 | 2/1/2002 | Pinnacle Environmental Corp. | Supervisor | 5/31/2007 | 130 LIBERTY, 2 World Financial, 90 Church St., 2 World Financial Center, Deutsche Bank Building, and Post Office |
| 12 | Jose Barahona and Domenica Barahona | 07CV5550 | | | Pinnacle Environmental Corp., and Trade Winds Environmental Rest. | Handler | 6/8/2007 | 100 Church Street, 2 World Financial Center, and Deutsche Bank Building |
| 13 | Hector Betancourt | 07cv4453 | 9/15/2001 | 3/1/2002 | ETS Contracting, Inc., and PAL Environmental Safety | Handler | 6/5/2007 | 1 Plaza, American Express, Merril Lyn 130 Liberty, 3 World Financial Center, 4 World Financial Center, Deutsche Bank Building, and One Liberty Plaza |
| 14 | Leopoldo Burgos | 07cv1473 | | | PAL Environmental Safety | Handler | 5/24/2007 | 130 Liberty, and Deutsche Bank Building |
| 15 | Manuel Caguana and Antonia Caguana | 06cv11968 | 11/5/2001 | 11/28/2001 | EROC | Laborer | 5/24/2007 | 130 Liberty Street, and Deutsche Bank Building |
| 16 | Ivan Calero and Reyna Calero | 06cv1650 | 9/17/2001 | 10/1/2003 | LVI Environmental Services, Inc., and PAL Environmental Safety | Shop Steward | 5/24/2007 | 1 World Financial Center, 1 World Financial Ctr & 130 Liberty Street, Deutsche Bank Building, and Verizon Building |
| 17 | Wilson Calle | 07CV1578 | 9/14/2001 | 9/30/2001 | Pinnacle Environmental Corp. | Asbestos Handler | 5/24/2007 | 130 Liberty St & 90 Church Street, Deutsche Bank Building, and Post Office |

| | 21 MC 102 Short Form "Check Off" Complaints Naming Tully Construction Co., Inc. and Tully Industries | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Plaintiffs Exhibit 1 | | | | | | | |
| No. | Plaintiff | IndexNumber | Date Work Began at Deutsche Bank Building | Date Work Ended at Deutsche Bank Building | Employer | Position | MC102 Check-Off Filed | All Work Locations |
| 18 | Rey R. Campoverde | 07CV05280 | | | PAL Environmental Safety | Handler | 5/24/2007 | 130 Liberty St., Deutsche Bank Building, and Post Office |
| 19 | Rodrigo Campozano and Esther Campozano | 07cv4459 | 9/12/2001 | 12/12/2002 | Pinnacle Environmental Corp. | Asbestos Handler | 6/5/2007 | 1 & 2 WFC, Merril Lynch & 130 Liberty St, 1 World Financial Center, 2 World Financial Center, and Deutsche Bank Building |
| 20 | Edison Cardenas | 06cv14533 | 10/10/2001 | 11/7/2004 | PAL Environmental Safety, and Pinnacle Environmental Corp. | Handler | 5/24/2007 | 3 World Financial Center, 4 World Financial Center, Deutsche Bank Building, and Millenium Hilton Hotel |
| 21 | Silvia Castillo and Segundo Siguencia | 05cv1718 | 9/20/2001 | 9/20/2004 | Branch | Handler | 5/24/2007 | 100 Church Street, 100 Church, 130 Liberty, 140 West St, 90 Chambers, 90 Chambers Street, Deutsche Bank Building, and Verizon Building |
| 22 | Nancy Chuva | 07CV1589 | 6/17/2002 | 11/25/2002 | Comprehensive Environmental, LVI Environmental Services, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., and Safeway Construction Inc. | | 5/24/2007 | 1 World Financial Center, Deutsche Bank Building, One Liberty Plaza, Post Office, and Verizon Building |
| 23 | Yolanda Cintron | 06cv5631 | 9/13/2001 | 3/31/2002 | CES | Asbestos Handler | 5/24/2007 | 160 Water Street, Deutsche Bank Building, Stuyvesant High School, Verizon Bldg, and Verizon Building |
| 24 | Angel Cobos | 07cv1483 | 11/19/2001 | 11/19/2001 | PAL Environmental Safety, PAR Environmental Corp, and Trade Winds Environmental Rest. | Handler | 5/24/2007 | 4 Albany St, Verizon bldg., 4 Albany Street, Deutsche Bank Building, The Equitable Building, and Verizon Building |
| 25 | Jorge E Cortez | 07CV05394 | 4/1/2006 | 9/7/2006 | Galt John Corporation | Handler | 6/6/2007 | Deutsche Bank Building |
| 26 | Zoila Cortez | 07CV05344 | 9/18/2001 | 3/1/2002 | Affiliated Environmental Services, Comprehensive Environmental, LVI Environmental Services, Inc., and Safeway Environmental Corp. | Asbestos Handler | 5/31/2007 | 1 World Financial Center, 30 West Broadway, Deutsche Bank Building, The Equitable Building, and Verizon Building |
| 27 | Lidia Cortijo | 07CV317 | 10/8/2001 | 12/17/2001 | LVI Environmental Services, Inc., PAL Environmental Safety, and Pinnacle Environmental Corp. | Handler | 5/24/2007 | 101 Barclay Street, 250 South End Ave, 101 Barclay St., 4 Albany Street, Deutsche Bank Building, and Hudson View East |
| 28 | Nancy Criollo and Lawrence Zenteino | 07cv4462 | 9/12/2001 | 5/25/2003 | PAL Environmental Safety | Cleaner | 6/5/2007 | 1 World Financial Center, 140 West,1 & 2 WFC & AMEX, 2 World Financial Center, 3 World Financial Center, Deutsche Bank Building, One Liberty Plaza, and Verizon Building |
| 29 | Clara Dota | 07CV1602 | 6/10/2002 | 6/10/2002 | Affiliated Environmental Services, Asbestos Lead and Hazardous Materials Laborers, Comprehensive Environmental, Kiss Construction, Inc., LVI Environmental Services, Inc., Pinnacle Environmental Corp., Safeway Construction Inc., Seasons Contracting Corporation, and Trade Winds Environmental Rest. | Asbestos Handler | 5/24/2007 | 1 World Financial Center, 101 Barclay Street, 140West,2 WFC, 90 Church,130 Liberty, 2 World Financial Center, 4 World Financial Center, Deutsche Bank Building, Post Office, Stuyvesant High School, The Equitable Building, Verizon Building, and West Street Building |
| 30 | Jesse Drake and Susan Drake | 07CV05353 | 9/20/2001 | 4/8/2002 | Nastasi Eurotech | Carpenter | 5/31/2007 | 1 World Financial Center, 1-4 WFC, Deutsche bank, 2 World Financial Center, 3 World Financial Center, 4 World Financial Center, and Deutsche Bank Building |
| 31 | Stanislaw Drozdz and Monika Drozdz | 06cv14620 | 9/11/2001 | 4/22/2002 | Pinnacle Environmental Corp., Trade Winds Environmental Rest., and Trio Asbestos | Asbestos Handler | 5/31/2007 | 1 World Financial Center, 101 Barclay Street, 111 Wall Street, 130 Liberty Street, 2 WFC,250 South End Ave., etc., 140 Broadway, 2 World Financial Center, 250 Broadway, 4 World Financial Center, 70 Pine Street, Deutsche Bank Building, Gillespi Building, Hudson View East, Parc Place, and Stuyvesant High School |
| 32 | Inerva Duarte | 07CV1603 | 9/11/2002 | 9/12/2002 | Safeway Construction Inc., and Safeway Environmental Corp. | Asbestos Removal | 5/24/2007 | 115 Liberty Street & 130 Liberty Street, and Deutsche Bank Building |
| 33 | Elvia Dutan and Wilfredo Dutan | 06CV5504 | | | Pinnacle Environmental Corp. | Office Cleaner/Handler | 5/24/2007 | 1 World Financial Center, 1,2,3 WFC, 90 Church St & 130 Liberty St, 3 World Financial Center, Deutsche Bank Building, and Post Office |
| 34 | Jorge Encalada | 05CV10737 | 9/15/2001 | 10/31/2002 | PAL Environmental Safety, and Pinnacle Environmental Corp. | Handler | 5/24/2007 | 1 World Financial Center, 222 Broadway, Buildings in the vicinity of Ground Zero, Deutsche Bank Building, Hudson View East, PS. 234 Independence School, and Verizon Building |

| No. | Plaintiff | IndexNumber | Date Work Began at Deutsche Bank Building | Date Work Ended at Deutsche Bank Building | Employer | Position | MC102 Check-Off Filed | All Work Locations |
|---|---|---|---|---|---|---|---|---|
| | | | | | 21 MC 102 Short Form "Check Off" Complaints Naming Tully Construction Co., Inc. and Tully Industries | | | |
| | | | | | Plaintiffs Exhibit 1 | | | |
| 35 | Luis Franco | 07cv4466 | | | PAL Environmental Safety | Handler | 6/5/2007 | Deutsche Bank Building |
| 36 | Janina Frelas | 07CV1612 | 6/24/2002 | 6/24/2002 | ETS Contracting, Inc., and Safeway Environmental Corp. | Asbestos Handler | 5/24/2007 | 130 Cedar Street, 233 Broadway, 3 World Financial Center, Deutsche Bank Building, The World Trade Center Site, and West Street Building |
| 37 | Norberto Gallardo | 07CV05290 | | | Pinnacle Environmental Corp. | Handler | 5/24/2007 | 130 Libery Street, and Deutsche Bank Building |
| 38 | Viviana Garcia | 06cv14671 | | | Comprehensive Environmental | Asbestos Handler | 5/24/2007 | 140 West St, 26 Federal Plaza, 130 Liberty St, Deutsche Bank Building, Jacob K. Javits Federal Building, and Verizon Building |
| 39 | Peter Gaspar | 05cv10739 | 9/14/2001 | 9/1/2003 | ETS Contracting, Inc., PAL Environmental Safety, and Pinnacle Environmental Corp. | Supervisor/Asbestos | 5/24/2007 | 1 World Financial Center, 2 World Financial Center, 3 World Financial Center, 4 Albany Street, Buildings in vicinity of GDZ, Deutsche Bank Building, and Post Office |
| 40 | Leonard Gawin and Miroslawa Gawin | 07CV1619 | 3/1/2003 | 10/27/2003 | PAL Environmental Safety, Safeway Environmental Corp., and Trade Winds Environmental Rest. | Asbestos Handler | 5/24/2007 | 1 Wall Street, 101 Barclay Street, 170 Broadway, 3 World Financial Center, 3 world financial ctr, 1 Wall St, 130 Liberty Pl, 76 Varick Street, 95 Maiden Lane, and Deutsche Bank Building |
| 41 | Samuel T Giamo and Rosemary Giamo | 06cv11676 | | | Fire Department New York (FDNY) | Firefighter | 5/24/2007 | Deutsche Bank Building, Deutshe Bank, and The World Trade Center Site |
| 42 | Hitien E. Giraldo | 07CV5554 | 11/1/2002 | 3/11/2006 | PAL Environmental Safety | Handler | 6/8/2007 | 140 Broad Street, and Deutsche Bank Building |
| 43 | Rosa Gualpa | 07cv4472 | | | Pinnacle Environmental Corp. | Asbestos Cleaning | 6/5/2007 | 170 Broadway, 2 WFC, 4 WFC, 130 Liberty St,170 Broadway, 2 World Financial Center, 4 World Financial Center, and Deutsche Bank Building |
| 44 | Rodolfo Guevara | 06cv3301 | 11/13/2001 | 11/20/2001 | ETS Contracting, Inc., Kiss Construction, Inc., PAL Environmental Safety, and Pinnacle Environmental Corp. | Asbestos Handler | 5/24/2007 | 1 World Financial Center, 2 World Financial Center, 3 World Financial Center, 4 Albany Street, 4 World Financial Center, 90 TRINITY PLACE, Deutsche Bank Building, Hudson View East, and One Liberty Plaza |
| 45 | Armando Guzman | 07CV5556 | | | Branch, and Pinnacle Environmental Corp. | Asbestos Worker | 6/8/2007 | 1 World Financial Center, 2 World Financial Center, Deutsche Bank Building, and WFC 1 & 2, 130 Liberty Street |
| 46 | Avenia Hernando and Nidia Hernando | 07cv4473 | | | Comprehensive Environmental, ETS Contracting, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., and Trio Asbestos | Asbestos Handler | 6/5/2007 | 1 World Financial Center, 3 World Financial Center, Deutsche Bank Building, and Verizon Building |
| 47 | Julio Hurtado and Elda Monica Montes | 07CV05295 | | | Kiss Construction, Inc., LBI - ABAS, Local 78, PAL Environmental Safety, Pinnacle Environmental Corp., and Safeway Microbial Remediation | Cleaner and Handler | 5/24/2007 | 100 Church Street, 2 World Financial Center, 3 World Financial Center, 63 Wall Street, 90 Chambers Street, Amer. Airlines #10, Verizon & Century 21, Deutsche Bank Building, PS. 234 Independence School, and West Street Building |
| 48 | Edgar Idrovo | 06cv11025 | | | Pinnacle Environmental Corp. | Asbestos Cleaner | 5/24/2007 | 3 World Financial Center, AMEX, 130 Liberty St, and Deutsche Bank Building |
| 49 | Manuel Idrovo | 07CV1628 | | | Local 78 | Cleaner | 5/24/2007 | 4 World Financial Center, Deutsche Bank Building, and Post Office |
| 50 | Jorge Inga | 07CV1629 | 6/14/2002 | 6/26/2002 | LVI Environmental Services, Inc. | Handler | 5/24/2007 | 2 World Financial Center, 4 World Financial Center, Deutsche Bank Building, Post Office, Verizon Building, and West Street Building |
| 51 | Jozef Jablonski and Agnieszka Jablonska | 07CV1630 | 12/3/2001 | 8/26/2002 | PAL Environmental Safety, and Trade Winds Environmental Rest. | Asbestos Handler | 5/24/2007 | 1 Wall Street, 1 World Financial Center, Deutsche Bank Building, and Post Office |
| 52 | Jonas Jaramillo and Blanca Jaramillo | 06cv14746 | | | Branch, PAL Environmental Safety, Pinnacle Environmental Corp., and Trade Winds Environmental Rest. | Asbestos Handler | 5/24/2007 | 100 Church Street, 140 West Street, 130 Liberty, 100 Church, Deutsche Bank Building, and Verizon Building |
| 53 | Marian Karus and Barbara Karus | 07CV1635 | | | LVI Environmental Services, Inc., PAL Environmental Safety, and Pinnacle Environmental Corp. | Asbestos Handler | 5/24/2007 | 2 World Financial Center, 201 Warren Street (P.S. 89), Deutsche Bank Building, and P.S. 89 |

| | 21 MC 102 Short Form "Check Off" Complaints Naming Tully Construction Co., Inc. and Tully Industries | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Plaintiffs Exhibit 1 | | | | | | | |
| No. | Plaintiff | IndexNumber | Date Work Began at Deutsche Bank Building | Date Work Ended at Deutsche Bank Building | Employer | Position | MC102 Check-Off Filed | All Work Locations |
| 54 | Antoni Konopka and Alina Konopka | 07CV1641 | 9/21/2001 | 1/12/2003 | Pinnacle Environmental Corp., and Safeway Construction Inc. | Steward | 5/24/2007 | Deutsche Bank Building, post offfice, and Post Office |
| 55 | Edward Kosowski and Elzbieta Stefanska | 07CV05299 | | | PAL Environmental Safety, and Trade Winds Environmental Rest. | Asbestos Handler | 5/24/2007 | 100 Church Street, 101 Barclay Street, 160 Water Street, Deutsche Bank Building, One Liberty Plaza, Post Office, and PS. 234 Independence School |
| 56 | Ana Lascano | 05cv9333 | 9/19/2001 | 1/23/2003 | PAL Environmental Safety | Cleaner | 5/31/2007 | 150 Broadway, Buildings in the vicinity of Ground Zero, Deutsche Bank Building, One Liberty Plaza, and Post Office |
| 57 | Andrzej Lasica and Ewelina Lasica | 07cv4480 | 1/5/2003 | 1/6/2003 | PAL Environmental Safety, Pinnacle Environmental Corp., and Trio Asbestos | Asbestos Handler | 6/5/2007 | 2 World Financial Center, 345 Chambers street, etc., Deutsche Bank Building, High School of Economics and Finance, Hudson View East, and Stuyvesant High School |
| 58 | Carlos Lenis and Lucia Lenis | 06cv10045 | 9/12/2001 | 2/1/2002 | CES | Supervisor | 5/24/2007 | 130 Liberty Street, Deutsch building, verizon bldg, Deutsche Bank Building, and Verizon Building |
| 59 | Cesar Leon and Agnes Dipini | 07CV063 | | | Safeway Environmental Corp. | Handler | 5/24/2007 | 130 Liberty Street, and Deutsche Bank Building |
| 60 | Ines Leon and Luis E Quezada | 07cv4481 | 11/26/2001 | 11/27/2001 | PAR Environmental Corp, and Pinnacle Environmental Corp. | Asbestos Handler | 6/5/2007 | 2 World Financial Center, 90 TRINITY PLACE, Deutsche Bank Building, High School of Economics and Finance, Post Office, PS. 234 Independence School, and Verizon Building |
| 61 | Wilmo Loja | 07cv4482 | | | Pinnacle Environmental Corp. | Handler | 6/5/2007 | 130 Liberty St & 2 WFC, 2 World Financial Center, and Deutsche Bank Building |
| 62 | Fernando Lucero | 07CV05366 | 5/1/2003 | 4/1/2004 | Pinnacle Environmental Corp. | Handler | 5/31/2007 | 55 Water Street, Deutsche Bank Building, and Post Office |
| 63 | Rosa Medina | 07cv4491 | 7/1/2002 | 12/1/2002 | To be provided at a later date. | | 6/5/2007 | 1 WFC, 130 Liberty & 90 Church, 1 World Financial Center, Deutsche Bank Building, and Post Office |
| 64 | Maria E. Melendez | 07CV05397 | 9/1/2002 | 12/1/2002 | PAL Environmental Safety | Handler | 6/6/2007 | Deutsche Bank Building |
| 65 | Juan Mendez and Kareen Mendez | 07CV1664 | | | Local 78 | Asbestos Handler | 5/24/2007 | 140 West St & Liberty Plaza, Deutsche Bank Building, One Liberty Plaza, and Verizon Building |
| 66 | Carlos Merchan and Martha Merchan | 07CV1665 | | | Pinnacle Environmental Corp. | Asbestos Handler | 5/24/2007 | Deutsche Bank Building, verizon bldg, 130 liberty, and Verizon Building |
| 67 | Eugenio Mora and Olga Mora | 06cv13168 | | | PAL Environmental Safety | Cleaner | 5/24/2007 | 1 World Financial Center, 100 Church Street, 130 Liberty St, 90 Church St, 100 Church St,, 2 World Financial Center, 3 World Financial Center, Deutsche Bank Building, Post Office, and Stuyvesant High School |
| 68 | Tatiana Morales and James Fink | 07CV05370 | 9/15/2001 | 2/15/2002 | Pinnacle Environmental Corp. | Asbestos Handler | 5/31/2007 | Deutsche Bank Building, and Post Office |
| 69 | Sandra Moreno | 06cv14901 | | | LVI Environmental Services, Inc., and Trio Asbestos | Asbestos Handler | 5/24/2007 | 140 West Street, Deutsche Bank Building, and Verizon Building |
| 70 | Angel Naranjo and Blanca Naranjo | 07CV066 | 6/14/2002 | 6/25/2002 | Comprehensive Environmental, Kiss Construction, Inc., LVI Environmental Services, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., and Safeway Environmental Corp. | Handler | 5/24/2007 | 1 World Financial Center, 2 World Financial Center, 3 World Financial Center, 4 World Financial Center, Deutsche Bank Building, High School of Economics and Finance, Hudson View East, One Liberty Plaza, Parc Place, PS. 234 Independence School, Stuyvesant High School, Verizon |
| 71 | Luis Naranjo and Rosa Naranjo | 05CV10738 | | | Local 78, LVI Environmental Services, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., and Safeway Environmental Corp. | Asbestos Cleaner and handler | 5/24/2007 | 125 Cedar Street, Deutsche Bank Building, Hudson View East, One Liberty Plaza, Post Office, Stuyvesant High School, and washington post office |
| 72 | Walter Naranjo and Miriam Naranjo | 07cv04496 | | | Pinnacle Environmental Corp. | Cleaner | 6/5/2007 | 1 World Financial Center, 2 World Financial Center, 25 Broadway, 4 World Financial Center, 90 TRINITY PLACE, Deutsche Bank Building, High School of Economics and Finance, Hudson View East, PS. 234 Independence School, and Stuyvesant High School |

| No. | Plaintiff | IndexNumber | Date Work Began at Deutsche Bank Building | Date Work Ended at Deutsche Bank Building | Employer | Position | MC102 Check-Off Filed | All Work Locations |
|---|---|---|---|---|---|---|---|---|
| | | | | | 21 MC 102 Short Form "Check Off" Complaints Naming Tully Construction Co., Inc. and Tully Industries | | | |
| | | | | | Plaintiffs Exhibit 1 | | | |
| 73 | Oscar Negrete | 07CV05371 | 9/23/2002 | 5/21/2003 | Affiliated Environmental Services, ETS Contracting, Inc., and PAL Environmental Safety | Handler | 5/31/2007 | 233 Broadway, and Deutsche Bank Building |
| 74 | Sean O'Connell and Carole O'Connell | 07CV05374 | | | Volunteer | | 5/31/2007 | American Stock Exchange, American Stock Exchange, 130 Liberty St, and Deutsche Bank Building |
| 75 | Rosa Palaguachi and Rigoberto Quito | 07CV1680 | 11/1/2001 | 12/1/2001 | Branch | Asbestos Cleaner | 5/24/2007 | Deutsche Bank Building, Verizon Bldg, and Verizon Building |
| 76 | Zoila Pastuizaca and Luis F Pastuizaca | 07CV05308 | 11/20/2001 | 11/20/2001 | Comprehensive Environmental, LVI Environmental Services, Inc., National Abatement Corp., PAL Environmental Safety, and Pinnacle Environmental Corp. | Worker | 5/24/2007 | 140 West Street, 2 World Financial Center, 4 Albany Street, 90 TRINITY PLACE, Deutsche Bank Building, Hudson View East, Post Office, and Verizon Building |
| 77 | Maria Puma | 07CV1688 | 6/18/2002 | 10/4/2002 | ETS Contracting, Inc., Kiss Construction, Inc., LVI Environmental Services, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., and Safeway Environmental Corp. | Handler | 5/24/2007 | 1 World Financial Center, 130 Cedar Street, 2 World Financial Center, 4 Albany Street, 4 World Financial Center, 90 TRINITY PLACE, Deutsche Bank Building, High School of Economics and Finance, One Liberty Plaza, Stuyvesant High School, and West Street Building |
| 78 | David Reynolds and Katherine Reynolds | 07CV3446 | | | Nastasi Eurotech | Carpenter | 5/24/2007 | 1 World Financial Center, 10 Liberty Street, 2 World Financial Center, 3 World Financial Center, 90 West; 1 Liberty; Winter Garden, AMEX; 1-3 WFC;, American Stock Exchange, Deutsche Bank Building, and West Street Building |
| 79 | Marcel Rhoden and Deirdre L Worley | 07CV05311 | | | Site Safety, LLC | Safety Manager | 5/24/2007 | Deutsche Bank Building, and Deutsche Bank, 130 Liberty Street |
| 80 | Carlos Riera | 07cv1518 | 11/20/2001 | 12/6/2001 | CES, and Specialty Service Contracting, Inc. | Handler | 5/24/2007 | Deutsche Bank Building, and Verizon Building |
| 81 | Maximo Riera and Fanny Riera | 07cv1519 | | | Comprehensive Environmental | Handler | 5/24/2007 | 130 Liberty Street, and Deutsche Bank Building |
| 82 | Patricio Rodas and Taina Ruiz | 07CV01694 | 5/1/2003 | 11/1/2003 | Pinnacle Environmental Corp. | Handler | 5/24/2007 | 130 Liberty Street & 90 Church Street, Deutsche Bank Building, and Post Office |
| 83 | Jaime Rojas and Johanna Hernandez | 07cv4511 | | | Pinnacle Environmental Corp. | Asbestos Handler | 6/5/2007 | 1 World Financial Center, 100 Church Street, 3 World Financial Center, Deutsche Bank Building, Millenium Hilton Hotel, Post Office, Verizon Building, and WFC 1,2,3. 100 & 90 Church, 130 Liberty, 140 West |
| 84 | Mieczyslaw Romaniuk | 07CV05316 | 3/29/2004 | 3/29/2004 | LVI Environmental Services, Inc., PAL Environmental Safety, Pinnacle Environmental Corp., Safeway Construction Inc., Seasons Industrial Contracting, Trade Winds Environmental Rest., and Trio Asbestos | Asbestos Handler | 5/24/2007 | 1 Federal Plaza, 1 Wall Street, 100 Church Street, 120 Broadway; 80 Broadway;, 2 World Financial Center, Deutsche Bank Building, High School of Economics and Finance, and Hudson View East |
| 85 | Victor Salazar | 07cv4512 | | | Pinnacle Environmental Corp. | Handler | 6/5/2007 | 1 World Financial Center, 2 World Financial Center, 2 World Financial Ctr, 4 World Financial Center, Deutsche Bank Building, and Hudson View East |
| 86 | Edilberto Sanchez | 07CV05384 | 9/13/2001 | 3/1/2002 | PAL Environmental Safety | Asbestos Handler | 5/31/2007 | Deutsche Bank Building, Verizon bldg, 130 Liberty, and Verizon Building |
| 87 | Rosa Sanchez and Hector Albarracih | 06cv12488 | | | PAL Environmental Safety | | 5/24/2007 | 130 Liberty Street, Deutsche Bank Building, and Post Office |
| 88 | Emanuel Santamaria | 07cv1528 | | | PAL Environmental Safety | Handler | 5/24/2007 | 1 World Financial Center, 130 Liberty Street & 1,2,3 World Financial Ctr, 2 World Financial Center, 3 World Financial Center, and Deutsche Bank Building |
| 89 | Edwin Sarmiento and Nora Sarmiento | 07cv4515 | | | Kiss Construction, Inc. | Asbestos Handler | 6/5/2007 | 1 World Financial Center, 160 Water Street, 2 World Financial Center, 25 Broadway, 25 Broadway, 140 West Street, etc…, 4 World Financial Center, 63 Wall Street, 90 TRINITY PLACE, Deutsche Bank Building, High School of Economics and Finance, Hudson View East, One Liberty Plaza, Post Office, PS. 234 Independence School, Stuyvesant High School, and Verizon Building |

| | 21 MC 102 Short Form "Check Off" Complaints Naming Tully Construction Co., Inc. and Tully Industries | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Plaintiffs Exhibit 1 | | | |
| No. | Plaintiff | IndexNumber | Date Work Began at Deutsche Bank Building | Date Work Ended at Deutsche Bank Building | Employer | Position | MC102 Check-Off Filed | All Work Locations |
| 90 | Galo Sarmiento | 07cv1529 | | | PAL Environmental Safety | Handler | 5/24/2007 | 20 Broad Street, 55 Water Street, 55 Water, 20 Broad St, 130 Liberty & 90 West St, Deutsche Bank Building, and West Street Building |
| 91 | Theresa Serrano | 05cv8937 | | | PAL Environmental Safety | Handler | 5/24/2007 | 130 Liberty Street, and Deutsche Bank Building |
| 92 | Raul Siguencia | 07cv1533 | | | Pinnacle Environmental Corp. | Handler | 5/24/2007 | 130 Liberty Street & 140 West Street, Deutsche Bank Building, and Verizon Building |
| 93 | Felipe Suarez | 07cv1707 | 11/1/2001 | 5/17/2002 | PAL Environmental Safety, and Pinnacle Environmental Corp. | Asbestos Handler | 5/24/2007 | 1 World Financial Center, 2 World Financial Center, Deutsche Bank Building, and One Financial Plaza |
| 94 | Samuel Sumba and Mercedes Sumba | 05cv1783 | 11/1/2001 | 1/1/2002 | Pinnacle Environmental Corp. | Handler | 5/24/2007 | 130 Liberty, 2 World Financial Center, 63 Wall Street, Deutsche Bank Building, Hudson View East, Stuyvesant High School, The Equitable Building, and Verizon Building |
| 95 | Pedro Tamayo and Gabriella Tamayo | 07cv1538 | | | Pinnacle Environmental Corp. | Cleaner | 5/24/2007 | 101 Barclay Street, 130 Liberty Plaza, 140 West St & 101 Barclay, Deutsche Bank Building, and Verizon Building |
| 96 | Nicholas Teham | 07CV5564 | 9/15/2001 | 3/24/2006 | Regional Scaffolding | Carpenter | 6/8/2007 | Deutsche Bank Building |
| 97 | Julia Tenezaca | 07cv1714 | 1/1/2002 | 2/1/2002 | Pinnacle Environmental Corp. | Handler | 5/24/2007 | 2 World Financial Center, Deutsche Bank Building, and Verizon Building |
| 98 | Cesareo Teran | 07CV05389 | | | Comprehensive Environmental | Handler | 5/31/2007 | 17 Dey Street, 140 West Street, Deutsche Bank Building, and Verizon Building |
| 99 | Jeanne Thorpe | 07cv1715 | 9/18/2001 | 11/1/2003 | PAL Environmental Safety | Asbestos Handler | 5/24/2007 | 1 World Financial Center, 130 Liberty St, 1 world Financial Ctr., 3 World Financial Center, Deutsche Bank Building, and Trinity Church |
| 100 | Carlos A Valencia and Gloria N Bonilla | 07CV05324 | | | Maxons Restoration, Inc. | Cleaner | 5/24/2007 | 100 Church Street, 100 Gateway Plaza, 100,200,300,400 Gateway Plaza, 130 Liberty Plaza, 101 Barclay Street, 200 Gateway Plaza, 400 Gateway Plaza, 500 Gateway Plaza, 600 Gateway Plaza, and Deutsche Bank Building |
| 101 | Rommel Vasquez and Rosa A Gomez | 07cv1543 | | | PAL Environmental Safety | Handler | 5/24/2007 | 2 Rector Street, 345 Chambers Street, 130 Liberty, Deutsche Bank Building, and Stuyvesant High School |
| 102 | Kattia Vazquez and Peter Vazquez | 07cv1722 | 9/15/2001 | 1/23/2003 | LVI Environmental Services, Inc. | Asbestos Handler | 5/24/2007 | 1 World Financial Center, 2 Financial Center, 2 World Financial Center, Deutsche Bank Building, and Post Office |
| 103 | Severo Vega and Lila Gonzalez | 07cv4521 | 10/11/2001 | 1/1/2003 | PAL Environmental Safety | Handler | 6/5/2007 | 130 Liberty, etc., 2 World Financial Center, Deutsche Bank Building, and One Liberty Plaza |
| 104 | Segundo Villarroel and Martha L Villarroel | 07cv1546 | | | PAL Environmental Safety | Handler | 5/24/2007 | 130 Liberty Street, 125 Liberty St, 345 Chambers, Deutsche Bank Building, and Stuyvesant High School |
| 105 | Kleber Villarruel (Paredes) | 06CV13703 | 9/13/2001 | 4/1/2002 | PAL Environmental Safety | Foreman | 5/24/2007 | 1 Libert Plaza, 1 World Financial Center, Deutsche Bank Building, and One Liberty Plaza |
| 106 | Kevin Walsh | 06cv12608 | | | Nastasi Eurotech | Carpenter | 5/24/2007 | 140 West Street & 130 Liberty Street, Deutsche Bank Building, and Verizon Building |
| 107 | Robert Waniurski and Ewa Waniurski | 07cv4524 | 10/1/2001 | 10/1/2002 | LVI Environmental Services, Inc., PAL Environmental Safety, and Pinnacle Environmental Corp. | Asbestos Handler | 6/5/2007 | 2 World Financial Center, 30 Rockefeller Plaza, Deutsche Bank Building, Verizon Building, and Verizon Building, 1 Financial Center, etc. |
| 108 | Ancil Watson | 07CV05391 | | | Tulley's Construction Company | Laborer | 5/31/2007 | Deutsche Bank, and Deutsche Bank Building |
| 109 | Clarence Wragg and | 06cv8125 | 9/13/2001 | 4/20/2002 | Trade Winds Environmental Rest. | Asbestos Worker | 5/31/2007 | Deutsche Bank Building |
| | | = Indicates Plaintiff Not on Tully Motion | | | | | | |