

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LOWER MANHATTAN DISASTER SITE LITIGATION | STIPULATION |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/13

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the parties' counsel, that the Plaintiffs' Motion to Compel Defendant NYSE Euronext to appear for depositions, that was filed and served on May 14, 2013 is resolved as follows:

Defendant NYSE Euronext will produce Antoine P. Sultana, Managing Director, Global Real Estate and Corporate Services, for a deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on June 3, 2013 at 10:00AM at a location to be agreed upon by the parties. This deposition will continue day to day until completed.

Plaintiffs' Motion to Compel Defendant NYSE Euronext to appear for depositions, that was filed and served on May 14, 2013 is withdrawn without prejudice.

Dated: May 15, 2013

Worby Groner Edelman & Napoli Bern, LLP
*Counsel For Plaintiffs*

_____
Christopher R. LoPalo (CL-6466)

350 Fifth Avenue, Suite 7413
New York, New York 10118
(212) 267-3700

McMahon, Martine & Gallagher, LLP
*Counsel For Defendant NYSE Euronext*

_____
Christopher W. Muludiang (CM-2394)

55 Washington Street, Suite 720
Brooklyn, NY 11201
(212) 747-1239

So Ordered:

_____
Hon. Alvin K. Hellerstein, USDJ